2010-17636
FILED
October 20, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003010995

**2**

POLK, PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE, #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA  91364
P.O. Box 4365
Woodland Hills, CA  91365-4365
(818) 227-0100
F.040-2016
Attorneys for Secured Creditor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bk. No. 10-17636 |
| SUSAN DILLON BRECHWALD AKA SUSAN LESLIE DILLON | Motion No. PPR-1 |
| | CHAPTER 7 |
| Debtors. | Hearing-<br>Date :  October 19, 2010<br>Time :  1:30 PM |
| JAMES EDWARD SALVEN,<br><br>Trustee,<br><br>_____ / | Place :  U.S. Bankruptcy Court<br>2500 Tulare Street<br>Fresno, CA<br>Dept. A. Courtroom 11 |

ORDER VACATING AUTOMATIC STAY

The Motion for Relief from Automatic Stay U.S. Bank, N.A., its assignees and/or successors in interest, came on for hearing on October 19, 2010, at 1:30 PM, before the Honorable Whitney Rimel.  Appearances were waived as no timely responses were filed.

1

RECEIVED
October 19, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003010995

1    The Court after reviewing the pleadings and records, and after determining

2    that GOOD CAUSE exists, makes the following Order:

3    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the

4    Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and

5    extinguished for all purposes as to the subject Property, and Secured Creditor shall be

6    allowed to commence or complete its foreclosure and thereafter take possession of the real

7    property, located at **17471 Road 224, Porterville, California 93257** ("Property").

8    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that as to the

9    Chapter 7 Trustee, James Edward Salven, the Automatic Stay in the above-entitled

10   Bankruptcy proceeding is immediately vacated and extinguished with respect to Secured

11   Creditor's interest in the subject Property, generally described as **17471 Road 224,**

12   **Porterville, California 93257**.

Dated:

Oct 20, 2010

United States Bankruptcy Judge

```
The court determines that this bankruptcy proceeding has been
finalized for purposes of Cal. Civil Code § 2923.5 and the
enforcement of the note and deed of trust described in the motion
against the subject real property.
```